B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## District of Delaware

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BlueHippo Capital, LLC, a Nevada Corporation** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**20-4997420** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**3960 Howard Hughes Parkway**<br>**Las Vegas, NV**<br>ZIP Code **89109** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Clark County** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Type of Debtor
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)

- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D)
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D)

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **BlueHippo Capital, LLC, a Nevada Corporation** |

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
| --- | --- | --- |
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: **See Attachment** | Case Number: | Date Filed: |
| --- | --- | --- |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
 Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☐ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

■ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**
BlueHippo Capital, LLC, a Nevada Corporation

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Eric M. Sutty No. _[signature]_
Signature of Attorney for Debtor(s)

Eric M. Sutty No. 4007
Printed Name of Attorney for Debtor(s)

Fox Rothschild LLP
Firm Name

Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Address

Email: esutty@foxrothschild.com
302-654-7444  Fax: (302) 656-8920
Telephone Number

November 27, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ John Delta _[signature]_
Signature of Authorized Individual

John Delta
Printed Name of Authorized Individual

CFO
Title of Authorized Individual

11/23/09
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

In re   BlueHippo Capital, LLC, a Nevada Corporation                                    Case No. _____
_____,
                                    Debtor

# FORM 1. VOLUNTARY PETITION
# Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Alliance Call Response, LLC**<br>Delaware | 09-<br>Affiliate | |
| **BlueHippo Capital, LLC, a Virginia Corporation**<br>Delaware | 09-<br>Affiliate | |
| **BlueHippo Funding, LLC**<br>Delaware | 09-<br>Affiliate | |
| **Boost Credit, LLC**<br>Delaware | 09-<br>Affiliate | |
| **Digital Boulevard, LLC**<br>Delaware | 09-<br>Affiliate | |
| **Distinctive Call Response Inc.**<br>Delaware | 09-<br>Affiliate | |
| **Dynamic Call Response, LLC**<br>Delaware | 09-<br>Affiliate | |
| **Instant Call Response, LLC**<br>Delaware | 09-<br>Affiliate | |
| **Interactive Call Response Inc.**<br>Delaware | 09-<br>Affiliate | |
| **Omega Call Response, LLC**<br>Delaware | 09-<br>Affiliate | |
| **Rapid Call Response, LLC**<br>Delaware | 09-<br>Affiliate | |
| **Reliable Call Response, LLC**<br>Delaware | 09-<br>Affiliate | |
| **Strategic Call Response, LLC**<br>Delaware | 09-<br>Affiliate | |

# WRITTEN CONSENT

# BLUEHIPPO FUNDING, LLC

# IN ITS CAPACITY AS SOLE MEMBER OF

# BLUEHIPPO CAPITAL, LLC

# AS OF NOVEMBER 18, 2009

The undersigned, being the sole member (the "Member") of BlueHippo Capital, LLC (the "Company"), a Nevada limited liability company, does hereby adopt the following resolutions:

WHEREAS, the executive officers and financial and legal advisors of the Company have reviewed and discussed with the Member the Company's current circumstances regarding financial liquidity; and

WHEREAS, the Member has evaluated and considered the information provided and the recommendations of the Company's executive officers and financial and legal advisors.

NOW, THEREFORE, IT IS HEREBY RESOLVED, that, in the judgment of the Member, it is desirable and in the best interests of the Company, creditors of the Company, the Member and other interested parties, for the Company to file petitions (the "Petitions") seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"); and it is

FURTHER RESOLVED, that the Petitions are adopted in all respects, and that the officers of the Company (the "Authorized Persons") be, and they hereby are, authorized and directed, on behalf of the Company, to execute the Petitions or authorize the execution of a filing of the Petitions by the Company and to cause the same to be filed (the "Chapter 11 Proceedings") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") at such time as the Authorized Persons consider appropriate; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to execute and file all petitions, schedules, lists and other papers and to take any and all actions which they may deem necessary or proper in connection with the Chapter 11 Proceedings, and to retain and employ all assistance by legal counsel or otherwise, which they may deem necessary or proper with a view to the successful prosecution of the Chapter 11 Proceedings; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company the law firm of Fox Rothschild

LLP, upon such terms and conditions as the Authorized Persons shall approve, to render legal services to and represent the Company in connection with the Chapter 11 Proceedings; and it is

FURTHER RESOLVED, that the Authorized Persons be, and they hereby are, authorized to retain on behalf of the Company other attorneys, investment bankers, accountants, restructuring professionals, financial advisors and other professionals to assist in the Chapter 11 Proceedings, upon such terms and conditions as the officers shall approve, to assist the Company in connection with the Chapter 11 Proceedings on such terms as are deemed necessary, proper and desirable; and it is

FURTHER RESOLVED, that in connection with the commencement of the Chapter 11 Proceedings by the Company, the Authorized Persons be, and they hereby are, authorized and empowered on behalf of, and in the name of, the Company to negotiate, execute and deliver a debtor in possession loan facility or other form of credit support or enhancement (including, without limitation, in connection therewith, such commitment letters, fee letters, notes, security agreements and other agreements or instruments as such Authorized Persons consider appropriate) on the terms and conditions as such Authorized Person executing the same may consider necessary, proper or desirable (including, without limitation, the granting of liens, security interests and superpriority Chapter 11 administrative claims and the guaranteeing of affiliate obligations), such determination to be conclusively evidenced by such execution or the taking of such action, and to consummate the transactions contemplated by such agreement orinstruments on behalf of the Company and/or file such pleadings as may be necessary with the Bankruptcy Court in respect thereof; and it is

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken by any Authorized Person to file the voluntary petition for relief under Chapter 11 of the Bankruptcy Code or in any other connection with the Chapter 11 Proceedings, or any manner related thereto, or by virtue of these resolutions be, and hereby are, in all respects ratified, confirmed and approved; and it is

FURTHER RESOLVED, that the Authorized Persons be, and each of them, with full authority to act without the others, hereby is, authorized and directed, in the name and on behalf of the Company to take or cause to be taken any and all such further action and to execute and deliver or cause to be executed or delivered all such further agreements, documents, certificates, and undertakings, and to incur all such fees and expenses as in their judgment shall be necessary, appropriate, or advisable to effectuate the purpose and intent of any and all of the foregoing resolutions.

[Signature Page Follows]

In witness whereof, the undersigned have signed this consent as of the day and year first above written.

BLUEHIPPO FUNDING, LLC

By: _____
Name:   Joseph K. Rensin
Title:   Managing Member

## CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable judges to evaluate possible disqualification or recusal, the undersigned Chief Financial Officer for BlueHippo Capital, LLC, a Nevada Corporation (the "Debtor") in the above captioned bankruptcy proceeding, certifies that the following are corporations, other than the debtor or a governmental unit, that directly or indirectly owns ten percent (10%) or more of any class of the Debtor's equity interests:

> BlueHippo Funding, LLC
> 7000 Security Boulevard
> Baltimore, MD 21244
> (100% owner)

Dated: November 23, 2009

BLUEHIPPO CAPITAL, LLC,
a Nevada Corporation

By: _____
John Delta, CFO

## United States Bankruptcy Court
### District of Delaware

In re: BlueHippo Capital, LLC, a Nevada Corporation
Debtor

Case No. _____

Chapter 11

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| BlueHippo Funding, LLC<br>7000 Security Boulevard<br>Baltimore, MD 21244 | | | 100% |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: 11/23/09

Signature: /s/ John Delta
John Delta
CFO

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

0 continuation sheets attached to List of Equity Security Holders

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## District of Delaware

In re    **Distinctive Call Response, Inc., et al.**         Case No. _____

                                                                                Debtor(s)         Chapter    **11**

## CONSOLIDATED LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Federal Trade Commission<br>601 New Jersey Avenue, NW<br>Suite 2122<br>Washington, DC 20580 | Federal Trade Commission<br>601 New Jersey Avenue, NW<br>Suite 2122<br>Washington, DC 20580<br>Laureen Kapin<br>202-326-3237 | Litigation | Disputed | unknown |
| Dell Marketing LP<br>Dell USA LP<br>Department CH14012<br>Palatine, IL 60055-4012 | Dell Marketing LP<br>Dell USA LP<br>Department CH14012<br>Palatine, IL 60055-4012<br>800-883-8443 | | Disputed | 3,770,006.13 |
| Manatt, Phelps & Phillips, LLP<br>11355 West Olympic Blvd.<br>Los Angeles, CA 90064-1614 | Clay Friedman<br>Manatt, Phelps & Phillips, LLP<br>11355 West Olympic Blvd.<br>Los Angeles, CA 90064-1614<br>714-338-2704 | | Disputed | 1,242,431.86 |
| Premier BPO<br>The Crusman Building<br>55 North First Street<br>Suite 300<br>Clarksville, TN 37040 | Premier BPO<br>The Crusman Building<br>55 North First Street, Suite 300<br>Clarksville, TN 37040<br>931-551-8888 | | | 557,124.32 |
| Farella, Braun & Martel LLP<br>Russ Building<br>235 Montgomery Street<br>San Francisco, CA 94104 | Douglas Young<br>Farella, Braun & Martel LLP<br>Russ Building<br>235 Montgomery Street<br>San Francisco, CA 94104<br>415-954-4400 | | Disputed | 290,815.29 |
| Venable LLP<br>575 7th Street NW<br>Washington, DC 20004-1601 | Venable LLP<br>575 7th Street NW<br>Washington, DC 20004-1601<br>202-344-4814 | | Disputed | 175,906.56 |
| Edison Worldwide<br>7000 Security Boulevard<br>Baltimore, MD 21244 | Edison Worldwide<br>7000 Security Boulevard<br>Baltimore, MD 21244<br>800-385-7000 | | | 150,000.00 |

In re  **BlueHippo Funding, LLC**     Case No. _____
                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| United Nearshore Operations, Inc.<br>9100 South Dadeland Blvd.<br>Suite 912<br>Miami, FL 33156 | United Nearshore Operations, Inc.<br>9100 South Dadeland Blvd.<br>Suite 912<br>Miami, FL 33156<br>829-947-8866 | | | 111,484.46 |
| Neal & Harwell PLC<br>150 Fourth AVenue<br>Nashville, TN 37219-2498 | Gerald Neenan<br>Neal & Harwell PLC<br>150 Fourth AVenue<br>Nashville, TN 37219-2498<br>615-244-1713 | | Disputed | 70,230.66 |
| Media Alternatives<br>506 Floral Vale Blvd.<br>Yardley, PA 19067 | Glen Soss<br>Media Alternatives<br>506 Floral Vale Blvd.<br>Yardley, PA 19067<br>845-365-3725 | | | 64,417.40 |
| 2 Way Traffic USA, Inc.<br>1515 Broadway<br>12th Floor<br>New York, NY 10036 | 2 Way Traffic USA, Inc.<br>1515 Broadway<br>12th Floor<br>New York, NY 10036<br>212-520-1446 | | | 53,180.00 |
| Steptoe & Johnson, PLLC<br>P.O. Box 1732<br>Clarksburg, WV 26302-1732 | Steptoe & Johnson, PLLC<br>P.O. Box 1732<br>Clarksburg, WV 26302-1732<br>304-353-8000 | | | 39,838.90 |
| ICS Corporation<br>Attn: Accounts Receivable<br>2225 Richmond Street<br>Philadelphia, PA 19125 | ICS Corporation<br>Attn: Accounts Receivable<br>2225 Richmond Street<br>Philadelphia, PA 19125<br>888-223-2840 | | | 38,917.26 |
| Echo Media<br>P.O. Box 945558<br>Atlanta, GA 30394-5558 | Echo Media<br>P.O. Box 945558<br>Atlanta, GA 30394-5558 | | | 38,641.13 |
| Nearshore Call Center<br>Craigmuir Chambers<br>P.O. Box 71<br>Road Town<br>Tortola, BVI | Nearshore Call Center<br>Craigmuir Chambers<br>P.O. Box 71<br>Tortola, BVI<br>646-884-7030 | | Disputed | 35,000.00 |
| Renegade Productions<br>10950 Gilroy Rd.<br>Suite J<br>Hunt Valley, MD 21031 | Renegade Productions<br>10950 Gilroy Rd.<br>Suite J<br>Hunt Valley, MD 21031<br>410-667-1400 | | Disputed | 30,814.20 |
| Macro Mark Inc.<br>185 Route 312, Suite 303<br>Brewster, NY 10509 | Macro Mark Inc.<br>185 Route 312, Suite 303<br>Brewster, NY 10509<br>845-278-0650 | | | 29,913.77 |

B4 (Official Form 4) (12/07) - Cont.
In re  **BlueHippo Funding, LLC**  
                 Debtor(s)

Case No.  _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| | | | | |
|---|---|---|---|---|
| Valassis<br>P.O. Box 3245<br>Boston, MA 02241 | Valassis<br>P.O. Box 3245<br>Boston, MA 02241 | | | 29,378.03 |
| Tech Data<br>P.O. Box 93836<br>Chicago, IL 60673-3836 | Hathaway Pendergrass<br>Tech Data<br>P.O. Box 93836<br>Chicago, IL 60673-3836<br>800-237-8931 x84649 | | | 29,037.13 |
| International Data & Contact<br>Attn: Javier Neyra<br>Jr. Inca 859<br>Lima 34, Peru | International Data & Contact<br>Attn: Javier Neyra<br>Jr. Inca 859<br>Lima 34, Peru<br>+511-446-9149 | | | 28,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CFO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **11/23/09**           Signature  **/s/ John Delta**
                                                            **John Delta**
                                                            **CFO**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### District of Delaware

In re: BlueHippo Capital, LLC, a Nevada Corporation

Debtor(s)

Case No.

Chapter 11

## VERIFICATION OF CREDITOR MATRIX

I, the CFO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 11/25/09

/s/ John Delta
John Delta CFO
Signer Title

BlueHippo Capital, LLC, a Nevada Corporation
3960 Howard Hughes Parkway
Las Vegas, NV 89109

Eric M. Sutty No.
Fox Rothschild LLP
Citizens Bank Center
919 N. Market Street, Suite 1300
Wilmington, DE 19801

BlueHippo Funding, LLC
7000 Security Boulevard
Baltimore, MD 21244

Delaware Dept. of Finance
Division of Revenue
820 N. French Street
Wilmington, DE 19801

Delaware Division of Corporations
401 Federal Street, Suite 4
Dover, DE 19901

Five Guys
c/o Christopher P. Simon, Esquire
Cross & Simon LLC
913 N. Market Street
Wilmington, DE 19801

Internal Revenue Service
31 Hopkins Plaza - Room 1150
Baltimore, MD 21201

Office of the Attorney General
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801

Secretary of State
Div. of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

Secretary of the Treasury
P.O. Box 7040
Dover, DE 19903